### ROBERT ELDER vs. MARIA S. BOGARDUS, Executrix, &c.

A circuit judge has no jurisdiction in making an order for the discovery of books, papers, &c., *during the session of the Supreme Court.*

*Motion by defendant to vacate or qualify an absolute order requiring defendant to produce and deposit books, papers, &c., for inspection, on a*

*petition made by plaintiff under the statute.*—It appears that an alternative order was made in this cause, by Wm. Kent, circuit judge, on the 22d January, 1845; requiring defendant to deposit books, papers, &c., mentioned in the plaintiff's petition, or shew cause before the circuit judge, &c.　On the 31st January, 1845, an absolute order was made by said circuit judge, making the same requisition of defendant as in the alternative.　It was insisted by defendant's counsel that the circuit judge had no jurisdiction—this court was in session at the date of both orders; and cited 2 *R. S.*, 199, § 23; 18 *Wend.*, 529.

N. B. BLUNT, *Defts Counsel.*　　　CHAS. PAGET, *Defts Atty.*

N. HILL Jr., *Plffs Counsel.*　　　McCOUN AND CLARK, *Plffs Attys.*

BEARDSLEY, Justice.—The authorities are full to the point, that the circuit judge had no jurisdiction.　The motion must be granted.

*Decision.*—Motion granted to vacate the order of 31st January, 1845.